UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BROOKS,<br>　　　　　Plaintiff,<br>　　vs.<br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br>　　　　　Defendant. | CASE NO. EDCV 09-1751 AGR<br><br>**JUDGMENT** |

　　　　IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: March 30, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE